EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2017 TSPR 148 |
| | |
| James Lugo Medina | 198 DPR ____ |

Número del Caso: TS-9830

Fecha:    7 de agosto de 2017

Programa de Educación Jurídica Continua:

        Lcdo. José Ignacio Campos Pérez
        Director

Materia: Inactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

James Lugo Medina                TS-9,830

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de agosto de 2017.

Examinado el Informe presentado por el Lcdo. José Ignacio Campos Pérez, Director Ejecutivo del Programa de Educación Jurídica Continua, así como los demás documentos que obran en el expediente personal del Lcdo. James Lugo Medina, se le ordena al Secretario del Tribunal a registrar el cambio de estatus a abogado inactivo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo